Wanda M Hunt Chief, FOIA/PA Section
FOIA/Priv Act requests
FBOP DOJ
Room 841, HOLC bldg.
320 First St N.W
Wash. D.C 20534

NERO

Case 1:18-cv-00729-CKK   Document 32-3   Filed 06/17/19   Page 1 of 14

2-15-16

Received
MAR 07 2016
FOIA/PA Section
Federal Bureau of Prisons

John A Petrucelli
Reg # 52397-054
Allenwood FCI Med
P.O Box 2000
Whitedeer PA 17887

Dear Wanda M Hunt.

This request is made under the Freedom of Information Act (FOIA) 5 USC 552 [and The Privacy Act 5 U.SC 552a]

Please send me any & all information in which your agency may have records of my name John Petrucelli which may be mixed up as part of a routine investigation with DOJ employee's. I filed a similar request with OPR on 9/8/13 (2nd request.) A response was mailed on 9/19/13, with instruction to try this dept. (FOIA NO. F13-00119)

Since 2003 I have attempted to obtain any FOIA info on myself. OR anything connected to my name. I have just concluded another failed law-suit in Federal court. It's the reason for this lenghty delay between OPR's response and this request.

Freedom of Information Act Provides information must be disclosed if it falls under no exemptions. I expect any non-exempt to John Petrucelli. Justify any deletions or blanks with FOIA separable portions when possible (Trans-pacific 17.7 f3d D.C) I'll pay any reas

EXHIBIT A



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*U.S. Customs House*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA 19106*

August 8, 2016

John Petrucelli, Reg. No. 52397-054
FCI Allenwood
P O Box 2000
White Deer, PA 17887

RE: FOIA Request Number: 2016-03369

Dear Mr. Petrucelli:

This is in response to the above-referenced Freedom of Information Act (FOIA) request. Specifically, you requested any and all information/records in your name maintained by the Bureau of Prisons regarding you.

In response to your request, staff located 245 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 9 pages are appropriate for release in full, 87 pages are appropriate for release in part and 149 pages must be withheld in their entirety. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in full from disclosure to you under the following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.
(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

In accordance with Program Statement 1351.05, Release of Information, you may seek a local review of your medical and central file records to view. Please contact staff at your institution to make arrangements for a review.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve between FOIA requesters and Federal agencies as a non-exclusive alternative to litig

**EXHIBIT B**

FOIA Request Number: 2016-03369
John Petrucelli, Reg. No. 52397-054
Page 2

Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Michael D. Tafelski
Regional Processor

Enclosure: 96 pages
8/8/16

Exh. B, p. 2



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*U.S. Customs House*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA  19106*

December 6, 2016

John Petrucelli, Reg. No. 52397-054
FCI Allenwood
P O Box 2000
White Deer, PA  17887

RE:   FOIA Request Number: 2017-00843
      Supplemental Release for FOIA Request Number:  2016-03369
      AP-2016-004920

Dear Mr. Petrucelli:

This is in response to the above-referenced Freedom of Information Act (FOIA) request. As a result of discussions with the Office of Information Policy, the Bureau of Prisons is providing a supplemental release of all documents located in your central file except the FOI exempt section that was already provided.

In response to your request, staff located 261 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 50 pages are appropriate for release in full; 193 pages are appropriate for release in part; and, 18 pages must be withheld in their entirety. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in full from disclosure to you under the following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.

(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.

(b)(7)(E), Permits withholding of records when techniques and procedures for law enforcement investigations or process would be disclosed or provided such disclosure could reasonably be expected to risk circumvention of law.

(b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750.



EXHIBIT C

FOIA 2016-00843
John Petrucelli, Reg. No. 52397-054
Page 2

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Michael D. Tafelski
Regional Counsel 2/9/16

Enclosure: 243 pages

Exh. C, p. 2



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

**January 18, 2017**

Mr. John Petrucelli
Register No. 52397-054
Federal Correctional Institution
Post Office Box 2000
White Deer, PA 17887

Re:  Appeal No. DOJ-AP-2016-004920
Request No. 2016-03369
CDT:PJA

**VIA: U.S. Mail**

Dear Mr. Petrucelli:

You appealed from the action of the Federal Bureau of Prisons (BOP) on your Freedom of Information Act request for access to records concerning yourself.

After carefully considering your appeal, and as a result of discussions between BOP personnel and this Office, I am remanding your request in part to BOP for further processing of one page of responsive records. I am otherwise affirming BOP's action on your request.

In order to provide you with the greatest possible access to responsive records, your request was reviewed under both the Privacy Act of 1974 and the FOIA. I have determined that the records responsive to your request are exempt from the access provision of the Privacy Act. See 5 U.S.C. § 552a(j)(2); see also 28 C.F.R. § 16.97 (2016). For this reason, I have reviewed your appeal under the FOIA. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.

BOP properly withheld certain information because it is protected from disclosure under the FOIA pursuant to:

5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and



- 2 -

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.[1]

Please be advised that for each of these exemptions, it is reasonably foreseeable that disclosure of the information withheld would harm the interests protected by these exemptions.

As to your appeal concerning the adequacy of BOP's search for responsive records subject to the FOIA, I note that subsequent to your appeal, BOP conducted another search and released additional records to you by letter dated December 8, 2016.[2] As a result of that additional search, BOP has now conducted an adequate, reasonable search for records responsive to your request.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of BOP in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

X _____

Sean R. O'Neill
Chief, Administrative Appeals Staff

---

[1] While the signatures of BOP employees were not properly withheld under this exemption, those withholdings were proper under the other exemptions cited above.

[2] You may appeal any adverse determination made by BOP in that release.

Exh. D, p. 2



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA 19106*

January 20, 2017

John Petrucelli, Register No. 52397-054
FCI Allenwood
PO Box 2000
White Deer, PA 17887

RE: FOIA Request Number: 2017-02392
    Appeal Number: DOJ-AP-2016-004920
    FOIA Request Number 2016-03369

Dear Mr. Petrucelli:

This is in response to the above referenced Freedom of Information Act (FOIA) request. The Office of Information Policy remanded this FOIA request to the Bureau of Prisons to reprocess one page of responsive records from FOIA request number 2016-03369.

In response to your request, staff located 1 page of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 1 page is appropriate for release in part. A copy of the releasable record is attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions:

(b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy.
(b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records

EXHIBIT
E

BOP Request No. 2017-02392
Appeal No. DOJ-AP-2016-004920
Page Two

Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael D. Tafelski
Regional Counsel

Enclosure: 1 page

Exh. E, p. 2



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Mr. John A. Petrucelli
Register No. 52397-054
Federal Correctional Institution
Post Office Box 2000
White Deer, PA  17887

Re:   Appeal No. DOJ-AP-2017-001564
      Request No. 2017-00843
      DRC:EMY

**VIA:  U.S. Mail**

Dear Mr. Petrucelli:

You appealed from the action of the Federal Bureau of Prisons (BOP) on your remanded Freedom of Information Act request for certain information concerning yourself. I have construed your appeal as concerning BOP's withholding of certain responsive records by letter dated December 8, 2016.

After carefully considering your appeal, and as a result of discussions between BOP personnel and this Office, I am remanding your request in part to BOP for further processing of two responsive records. If BOP determines that additional records are releasable, it will send them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by BOP. If you would like to inquire about the status of this remand, please contact BOP directly. I am otherwise affirming BOP's action on your request.

In order to provide you with the greatest possible access to responsive records, your request was reviewed under both the Privacy Act of 1974 and the FOIA. I have determined that the records responsive to your request are exempt from the access provision of the Privacy Act. See 5 U.S.C. § 552a(j)(2); see also 28 C.F.R. § 16.97 (2016). For this reason, I have reviewed your appeal under the FOIA. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. BOP properly withheld certain information because it is protected from disclosure under the FOIA pursuant to:

> 5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;
>
> 5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and



EXHIBIT F

- 2 -

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.[1]

Please be advised that for each of these exemptions, it is reasonably foreseeable that disclosure of the information withheld would harm the interests protected by these exemptions.

As to your appeal of the adequacy of BOP's search for responsive records subject to your request, I have determined that BOP has now conducted an adequate, reasonable search for such records.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of BOP in response to your request. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

4/6/2017

X  *[signature]*

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP

---

[1] With regard to your Presentence Investigation Report, while BOP withheld this document from you pursuant to FOIA Exemption 7(F), I have determined that your PSI is not an agency record. Agency records are either created or obtained by an agency and under agency control at the time of the FOIA request. See DOJ v. Tax Analysts, 492 U.S. 136, 144-45 (1989). Because the U.S. Courts did not relinquish control of your PSI when providing a copy of it to BOP, your PSI is not an agency record and is not subject to access under the FOIA.

Exh. F, p. 2



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*U.S. Customs House*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA 19106*

June 11, 2018

John Petrucelli
Register Number: 52397-054
FCI Allenwood
P O Box 2000
White Deer, PA 17887

RE:  FOIA Request Number: 2017-03853
 Appeal No. 2017-001564
 Original FOIA Request Number: 2017-00843

Dear Mr. Petrucelli:

This is in response to the above referenced Freedom of Information Act (FOIA) request. The Office of Information Policy (OIP) remanded the supplemental release made in FOIA Request 2017-00843 to the Bureau of Prisons to review two pages that were redacted in part. In the 2017-00843 release these were Bates pages 90 & 221. This release was delayed because of an administrative error.

In response OIP's remand, staff located 2 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 2 pages are appropriate for release in part. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions: (b)(6), Permits withholding of records and information about individuals when disclosure would be a clearly unwarranted invasion of personal privacy; (b)(7)(C), Permits withholding of records when an unwarranted invasion of personal privacy could reasonably be expected and (b)(7)(F), Permits withholding of records when endangering the safety or life of any individual could reasonably be expected.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of

**EXHIBIT**
*F*

FOIA Request Number: 2017-03853
Appeal No. 2017-001564
Original FOIA Request Number: 2017-00843
Page 2

Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble (202) 616-7750 or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Sincerely,

Darrin Howard
Regional Counsel

Enc: 2 pages.

Exh. G, p. 2



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Northeast Regional Office*
*2nd & Chestnut St., 7th Floor*
*Philadelphia, PA 19106*

September 26, 2018

Mr. John A. Petrucelli
Fed. Reg. #52397-054
FCI Allenwood
P O Box 2000
White Deer, PA 17887     Request Number: 2018-07612-LIT

Dear Mr. Petrucelli:

The above request number was generated to release documents to you. In preparing the Vaughn index for this case, redaction errors were found on the enclosed 47 pages. The pages were re-processed to reveal non-exempt information.

At the bottom of each page, you will find a request number and Bates page numbers that will allow you to compare these pages with the pages already released to you in FOIA request numbers: 2016-03369, 2017-00843, 2017-02392, and 2017-03853. In the alternative, when the Vaughn index is mailed to you, that document will allow you to pinpoint the changes made and the material released.

If you have questions about this release please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750, 320 First Street NW, Suite 936, Washington DC 20534, or ogc_efoia@bop.gov.

Sincerely,

Darrin Howard
Regional Counsel

enc: 47 pages

**EXHIBIT**
T