# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 20-5339**　　　　　　　　　　　　　　　　**September Term, 2020**

**1:18-cv-00729-CKK**

**Filed On: August 24, 2021** [1911345]

John A. Petrucelli,

　　Appellant

　v.

United States Department of Justice,

　　Appellee

### M A N D A T E

In accordance with the order of June 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　Daniel J. Reidy
　　Deputy Clerk

Link to the order filed June 30, 2021